```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                      PLAINTIFF

    v.                  CASE NO. 11-50018

JOEL CHURCH                                                   DEFENDANT

### **ORDER**

    Now on this 2nd day of May, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation (Doc. 26)** filed today, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The parties have waived their right to file objections to the Report and Recommendation.

    The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court accepts the Defendant's guilty plea to Count One of the Indictment and tentatively approves the written plea agreement, subject to final approval at sentencing.

    IT IS SO ORDERED this 2nd day of May, 2011.

                                        /S/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE